FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

_Tampa_ Division

2017 MAY 10  PM 1: 09

CLERK US DIST OF COURT
MIDDLE DIST OF FLORIDA
TAMPA FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

_Thomas M. Hook_

CASE NUMBER: ~~8006~~ 8:17-cv-1101-T-23TBM
(To be supplied by Clerk's Office)

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison
number, if applicable)

v.

_Grady Judd_

_Bryant S. Grant_

(Enter <u>full name</u> of each <u>Defendant</u>. If
additional space is required, use the blank
area directly to the right).

_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.     <u>PLACE OF PRESENT CONFINEMENT</u>: _Polk County Jail, Polk County Florida_
(Indicate the name and location)

II.    <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS?</u> Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

DC 225 (Rev. 9/03)

1

III.    DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (X) No ( )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail?  Yes (X) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C.   If your answer is YES:

1.   What steps did you take? _Filed formal requests, formal grievances to Administration, Senior Admin, Sheriff General counsel both verbal and written._

2.   What were the results? _Denial of requests and grievances despite law, illegal retaliation causing both legal and physical harm_

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.

                                        _____
                                        Signature of Plaintiff

IV. <u>PREVIOUS LAWSUITS</u>:

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No (X) *Pending filing at this time*

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): _Thomas M. Hook_                    _(Pending)_

Defendant(s): _Grady Judd, Bryant Grant, James Nabors, Gloria Johnson, Jerria Wagner_

2. Court (if federal court, name the district; if state court, name the county):

3. Docket Number:

4. Name of judge:

5. Briefly describe the facts and basis of the lawsuit:

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate filing date:

8. Approximate disposition date:

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

_____

V.    **PARTIES:** In part A of this section, indicate your **full name** in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: _____ Thomas M. Hook _____

Mailing address: _____ 2390 Bob Philips Rd. _____

_____ Bartow, Florida 33830 _____

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: _____ Grady Judd _____

Mailing Address: _____ 1891 Jim Keene Blvd. _____

_____ Winter Haven, Florida 33880 _____

Position: _____ Sheriff _____

Employed at: _____ Polk County Sheriff Office _____

D.  Defendant: _____ Bryant S. Grant _____

Mailing Address: _____ 1891 Jim Keene Blvd. _____

_____ Winter Haven, Florida 33880 _____

Position: _____ Detention chief _____

Employed at: _____ Polk County Jail _____

DC 225 (Rev. 9/03)                                6

VI.    STATEMENT OF CLAIM:  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Denial of Federal A.D.A. Rights to award "work credits" to physically Disabled Inmates housed in a county jail medical unit. Denial of Reduction despite policy and state law. Denial of windows or fresh air. Disabled and injured Inmates not housed seperate from contagious Inmates or Suicide Inmates causing increased medical duress.

VII.    STATEMENT OF FACTS:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.    Name and position of person(s) involved.
2.    Date(s).
3.    Place(s).
4.    Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.    Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

Plaintiff has been housed in a medical unit at the Polk County Jail in Florida for 13 months at the writing of this statement (7/19/13) and was sentenced to 41 months in Pinellas County Florida on 6/18/12. Plaintiff has filed requests for work credits under the Federal A.D.A. laws since the County of Polk wont allow a medical Inmate with a serious handicap and/or assigned medical aids like wheelchair or cane (I have been assigned both) to work or participate in any educational or work programs, so therefore is

DC 225 (Rev. 1/97)                    8

Statement of Facts, continued:

denied the benefit of work or educational credits under State, Federal law. Medically housed Inmates are also denied shaving equipment and supplies due to housing location, despite County Policy and Florida Model Jail Standards (that governs all Florida Jails) allowing all Inmates razors 3 times per week. Medically housed Inmates are denied "outside" privileges also (Policy and F.M.J.S. allow up to 3 hrs. recreation/Fresh air per week) and the medical unit has not only no recreation or outside access, it has no windows — so no view of "outside" for me in 13 months! This has not only increased my physical pain and duress, but created a mental duress as well! Multiple complaints made in writing to jail Administration (chief of Detention, captain, Lieutenants, etc.) but 99% go unanswered. Polk county uses a 1/4 page, single sheet, carbonless form not requiring staff signature to prove receipt or copies to Inmate, and Admin. Staff state that Sheriff Judd set that policy and "Inmate" weren't entitled to copies of forms or proof of Filing. Polk County's own Dept. of Detention (D.D.D.) Directive 9.1, 1-C states that "All Inmates shall have equal access to programs, privileges, exercise, visitation and work release opportunities, regardless of Gender" (F.A.C 12.21) so Male or Female, NOT unless your medically Disabled or sick. State and Federal laws as well as their own written policy is being violated, specifically A.D.A laws. Basic medical Inmates are forced to be housed with blood and Air borne infested Inmates, Suicide watch Inmates, etc. and exposed to more desease and placed at much higher risk despite medical "HIPPA" rules and laws. Polk County Jail Policy supported by F.M.J.S, State and Federal law are acknowledged by Sheriff Grady Judd and Detention Chief Bryant Grant in print, but endorse actively the violation of said laws and policy by all Polk County Sheriff and Detention staff.

DC 225 (Rev. 1/97)

VIII.    RELIEF REQUESTED:    State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

Federal Court Order forcing Polk County to abide by State and Federal Law as well as A.D.A. Rights. Cease "cruel and unusual" punnishment by allowing all Jail credits without discrimination, and access to sunshine and fresh air guaranteed by law. Holding all officials accountable for their violation of Law and policy and stop putting Inmates health and person at higher medical risk.

Any and all demages both physical and punnitive by County and State

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___30___ day of ___April_____, 2 _17___.

___152 Lake Stella Dr,___

___Auburndale   Fl. 33823___

(Signatures of all Plaintiffs)

Polk County Jail
Administration / Legal Affairs
Polk County Florida
August, 2014

Sir / Madam,

I, and other Inmates have been told in person or in writing through Administrative Grievance response (written) that Inmates in SMED (medical) are not allowed outside recreation, Educational programs, Work programs, Religious Faith based programs, etc. until they are released from medical or volunteer in such therapeutics out ___ ___ ___ ___ ___ ___ some ___ a serious medical ___ ___ ___ ___ ___ of Disabilities supported by multiple specialists from 3 ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ Disabled ___ ___ ___ ___ ___ ___ ___ ___

As it relates to this official grievance, Admin staff tells SMED medical ___ ___ that we arent entitled to outside rec and other programs ___ ___ ___ per ___ Polk County Orders December 9.1. In addition, state law of F.M.J.S. (Florida Model Jail Standards) proclaim that All Inmates (unless violent or disciplinary) are entitled by State law to a minimum of 3 hours per week of outside activity. This Law doesnt concern itself with ___ not only if the County Deals like it —.

In addition to that State Law violation, try this Federal Law. Under 8 CFR Part 35, 35.152 it states the following upheld by the U.S. Supreme Court!:

35.152 Jails, detention and correctional facilities, and community correctional facilities.

B (2) Public entities shall ensure that inmates or detainees with disibilities are used in the most integrated setting appropriate to the needs of the ___ ___. Unless is appropriate to make an exception, a public entity —

ii) Shall not place inmates or detainees with disibilities in facilities that do not offer the same programs as the facilities when they would otherwise housed.

Under Guidance and Analysis page 146 of the Federal Law book outlining 28 CFR Part 35

it breaks down completely what this means, _put in layman terms_ __No__ county, city, state or federal insurance. (even Polk County) can administer private programs and provisions - specifically Inmates - No inmate has or holds any programs held or are entitled or provided, none is provided.

All prisoners save for a Polk I Dad'l jail are required by State and Federal law to be available to all inmates until their dismissal or discharge this jail is in violation. State law requires the same as above or several programs and a minimum of 3 hours per week. No excuse or county policy is valid here.

I have official grievances and responses from admin. personnel and for several previous inmates over the past year that clearly violate these rules, Policy and Laws. I've been in SMED supported by massive 1600 page medical — proving same — and for at least 2 years I have never received outside education or any of the programs described by 35.152 spite laws and personal/official reports. I've been told repeatedly by Admin and standard of that in SMED there are no programs or outside Ed., there isn't even any windows — increasing stress and aggravating medical issues.

The above recitation of 35.152 is word for word in the listed sections, but the full law and definitions are pages long and I want you to read it. I demand what is guaranteed me — and all Inmates by law — State AND Federal. I know it will be Counties policy will be to ignore this and continue 35.152 so I will pursue it legally until this is addressed by legal Action in a satisfactory manner — distributed to all Inmates effected is one way satisfactory to Polk County. Try following the Laws you're _required_ and follow the Rules and Laws proposed and recited as quoted — Polk County is in the U.S.A. and all Inmates have rights as covered by law and refuse to live under lies, intimidation or any violations of my Rights — This Demand must be put into play, supervision or superior and lead by _POSITIVE_ Example ___ punish people that pay your bills by being unaccountable and serve punishment the same or greater crimes.

<span style="display:block; height:3em;"></span>

Tom Hook                                    Respectfully,
C/o Beardsley Invest (Joy Dawn)
P.O. Box 7761
Winter Haven, Fl. 33883                     Thomas M. Hook

## POLK COUNTY SHERIFF'S OFFICE

## DEPARTMENT OF DETENTION DIRECTIVE

| TITLE:    PROGRAMS | DEPARTMENT DIRECTIVE: | 9.1 |
|---|---|---|
| EFFECTIVE:    June 21, 2012 | PAGES: | 06 |
| RESCINDS:    D.D. 9.1, August 26, 2010 and all applicable Amended/Temporary Directives prior to June 21, 2012 | | |

**A. PURPOSE:** The purpose of this Department Directive is to establish guidelines for the operation of programs within the agency's detention facilities.

**B. SCOPE:** This Department Directive shall apply to all Department of Detention (DOD) members and civilian participants in programs within the agency's detention facilities.

**C. PROCEDURE:**

1. **General - Programs:**

   a. It is the desire of the Sheriff that the DOD and community cooperate to provide legal, educational, counseling, religious, familial, and work programs for the facilities' inmates.

   b. **Liaison:** The facility counselor is designated to act as liaison between the detention facilities and the community groups that provide programs and services. The counselor shall: [FCAC 12.01]

   1) Make maximum use of programs available through local community resources.

   2) Maintain a record of all community contacts and the nature of the contacts.

   3) Ensure that all representatives of the community are trained in, and familiar with, the detention facility rules and regulations. Anyone entering a facility, and any materials brought into the facility, are subject to search upon entrance and thereafter.

   a) Roles and functions of civilian participants are as follows: [FCAC 12.02]

   (1) Instruct General Educational Development (GED) courses;

   (2) Counsel/instruct for drug treatment programs;

   (3) Counsel/instruct for Alcoholics Anonymous/Narcotics Anonymous program; and

   (4) Conduct church services and life skills programs for general population and Faith-Based Program.

   (5) Ministers may counsel independently, as requested by inmates, but shall be required to present both personal and professional identification.

   b) Training shall be conducted to familiarize civilian participants with facility rules and regulations. Compliance with all rules and regulations shall be agreed to, in writing, by signing the Rules and Regulations for Civilian Participants Utilizing Inmate Services form (PCSO Form 877). [FCAC 12.02]

1

D.D. 9.1

4)  Ensure staffing and the facilities are sufficient to allow for group or individual activities; coordinate all programs and schedule use of inmate classroom facilities. [FCAC 12.18]

c.  All inmates shall have equal access to programs, privileges, exercise, visitation, and work release opportunities, regardless of gender. [FCAC 12.21]

d.  Programs provided to inmates in the agency detention facilities include, but are not limited to, the following:

1)  Pre-Trial Release;

2)  General Educational Development;

3)  Religious;

4)  Mail;

5)  Visitation;

6)  Work;

7)  Law Library;

8)  Recreation;

9)  Inmate Work Program;

10)  Alcoholics Anonymous/Narcotics Anonymous (AA/NA);

11)  External Work;

12)  Jail Alternative to Substance Abuse (JASA);

13)  Juvenile Education Program; and

14)  Faith-Based Program.

2.  **Pre-Trial Release Program:**

a.  The Pre-Trial Release Program is a joint effort of the DOD and the office of the Court Administrator. *Its goal is to decrease the population of the facilities by identifying arrestees who could be recommended for release from the detention facilities prior to trial.*

b.  All arrestees are interviewed by agents of the Court Administrator's Office, Pre-Trial Services, to determine the degree of risk involved in a pre-trial release.

3.  **General Educational Development (GED):**

a.  The GED program affords qualified inmates who failed to complete high school the opportunity to participate in a highly specialized learning program designed to enable them to successfully complete the GED test and receive the Florida High School Equivalency Diploma.

b.  GED instructors are employed by the Polk County School Board.

c.  The following classifications shall not be allowed to participate in the GED classes:

2

D.D. 9.1

DRAFTED:3570/May22, 2012/Filed:dd9.1

APPROVED: *Bryant S. Grant* /s/
BRYANT S. GRANT, CHIEF
DEPARTMENT OF DETENTION

6

# AFFIDAVIT

I, Edward Schultz_____, being sworn, depose and state:

That on April 10th 2013. I testified to Judge Susan Flood that I was requesting to be granted "Medical gain time" Due to the fact I'm disabled and I'm in medical where they will not let me Do anything. under the American Disability Act. the Judge Stated to me that she has nothing to Do with that. I told her the State told me they Don't follow the American Disability Act.

Per FSS 92.525: under penalties of perjury I Edward Shultz declare that have read the above and the facts stated are True, under penalty of perjury.

_Signature of Affiant_

FSS 92.525 Perjury Clause

STATE OF FLORIDA )
County of _____ ) SS.

SWORN to or AFFIRMED and SUBSCRIBED before me on __/__/__ by _____.

Date    Notary Name

X _____
Notary Signature
NOTARY PUBLIC-STATE OF FLORIDA

[X one only]

____Personally know
____Produced identification----TYPE_____

Page____of____
Document ID No.

**RETURN TO INMATE**

## POLK COUNTY SHERIFF'S OFFICE
### DEPARTMENT OF DETENTION/INMATE ACCOUNTS
Inmate Request/Grievance Form

Name: _Thomas M. Hook_  Booking #: _12-16219_  Loc.: _SMED_  Date: _3/20/13_

| | | |
|---|---|---|
| (X XY) **Administration** | _____ Counselor | _____ Inmate Property |
| _____ Barber | _____ Food Service | _____ Notary Public |
| _____ Classification | (X XX **Grievance**) | _____ Public Defender |
| _____ Commissary | _____ Inmate Accounts | |

**Use only this form for your request or grievance. Write on both sides if it is necessary. No other means of request will be accepted. _Your booking number must be on your request/grievance._**

State law and F.M.J.S support a 3 hour minimum per week outside fresh air I haven't been allowed outside of my pod your in SMED and there are no windows. How can I get what I am entitled to by law and as out?  _M-Hook_

**SIGNATURE REQUIRED**                    **Inmate Signature**

Do NOT request free materials with this form. Requests for free materials will be accepted **O N L Y** through the commissary orders.

If you are requesting to speak to an investigator, use this form to request an Inmate Interview Request Form (PCSO Form 849).

YOU MUST CHECK OUT OF MEDICAL AND MOVE TO A REGULAR UNIT.

PCSO FORM 723 (REV 05/08/12)

15

## POLK COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF DETENTION/INMATE ACCOUNTS
### Inmate Request/Grievance Form

Name: Kenneth Crisp    Booking #: 2014011106    Loc.: Armed    Date: 7-15-14

| | | |
|---|---|---|
| X Administration | X Counselor | _____ Inmate Property |
| _____ Barber | _____ Food Service | _____ Notary Public |
| _____ Classification | _____ Grievance | _____ Public Defender |
| _____ Commissary | _____ Inmate Accounts | |

Use only this form for your request or grievance. Write on both sides if it is necessary. **No other means of request will be accepted.** *Your booking number must be on your request/grievance.*

I would really like to further my education while I am here that would be great if I could get that opportunity thank you.

Kenneth Crisp
**SIGNATURE REQUIRED**

Kennett Crisp
**Inmate Signature**

Do NOT request free materials with this form. Requests for free materials will be accepted **O N L Y** through the commissary orders.

If you are requesting to speak to an investigator, use this form to request an Inmate Interview Request Form (PCSO Form 849).    NO educational class offered.

PCSO FORM 723 (REV 05/08/12)

Memorial
H e a L T H
University Medical Cent
Savannah, Georgia

PATIENT NAME:              Hook, Thomas M
MEDICAL RECORD #:          00724821
BILLING #:                 000000000503
DICTATING PHYSICIAN:       Robert Gatliff, M.D.
CO-SIGNING PHYSICIAN:      William J. Bromberg, M.D.
ROOM AND BED:              EME

## HISTORY AND PHYSICAL

DATE OF ADMISSION:   03/20/2006

DATE OF PHYSICAL EXAMINATION: 03/20/06

TRAUMA TEAM
Attending physician:    William Bromberg, M.D.
Chief resident:         Angel Reyes, M.D.
Other residents:        Robert Gatliff, M.D.

TRAUMA/TRAUMA PROTOCOL
Blunt trauma motor vehicle collision. Scene transport via helicopter.

INJURIES
  1. Motor vehicle collision.
  2. Closed head injury, including right parietal contusion. (right bruising of the brain)
  3. Left C4 through C7 foraminal fracture. (4 broken vertebrate of the neck)
  4. Left vertebral artery dissection with bilateral cerebral infarction (Torn artery, blood clot at base of brain)
  5. subarachnoid hemorrhage. (Tissue covering brain bleeding)
  6. Nasal fracture.
  7. Bilateral rib fracture and pulmonary contusion. (multiple broken ribs) (2 collapsed lungs)
  8. Sternal fracture. (chest bone fracture)
  9. Left open femur fracture.
  10. Right tibia-fibula fracture.
  11. PEA en route. (cardiac arrest after heart restarted airborne after 2 collapsed lungs and no heartbeat for 5 minutes)

BRIEF HISTORY
The patient is a 38-year-old white male who was an unrestrained passenger involved in a motor vehicle collision on 03/20/06 and transferred to Memorial Health University Medical Center as a trauma protocol. He was intubated at the scene and had a long extrication time with positive loss of consciousness and per EMT report it was car versus semi. No additional medical information from the patient was obtained.

PRIMARY SURVEY
Airway was intubated with an endotracheal tube. Breathing with bag inhalation 100% O2. Circulation — pulses: radials 2+, femoral 2+, carotid

HISTORY AND PHYSICAL- Page 1 of 4

H e a L T H
University Medical Cent
Savannah, Georgia

PATIENT NAME:                                                                Emily Thomas
MEDICAL RECORD #:            00724621
BILLING #:                  000000000503
DICTATING PHYSICIAN:        Lori Kautzman, M.D.
CO-SIGNING PHYSICIAN:       William J. Bromberg, M.D.
ROOM AND BED:               EMF

DISCHARGE SUMMARY

*Initial E.R. Trauma Summary more found in I.C.U (Trauma)*

DATE OF ADMISSION:    03/20/2006

DATE OF DISCHARGE:    03/30/2006

RESIDENT
Dr. Lori Kautzman.

ADMITTING DIAGNOSES
1.  Motor vehicle collision.
2.  Close head injury including right parietal contusion.
3.  Left C4 through C7 foraminal fracture.
4.  Left vertebral artery dissection with bilateral cerebellar infarction.
5.  Subarachnoid subdural hemorrhages.
6.  Nasal fracture. *— Sinus Damage - have sleep apnea now as result.*
7.  Bilateral rib fracture with pulmonary contusion. *— multiple broken Ribs*
8.  Sternal fracture.
9.  Left open femur fracture.
10. Right tib-fib fracture.
11. PEA in route. *— lungs re-inflated, heart re-started enroute to E.R. By helicopter.*

DISCHARGE DIAGNOSES
1.  Motor vehicle collision.
2.  Close head injury including right parietal contusion. *— open head trauma 2x's found later close*
3.  Left C4 through C7 foramen fracture. *— 4 broken vertabrate in neck.*
4.  Left vertebral artery dissection with bilateral cerebellar infarction.
5.  Subarachnoid subdural hemorrhages.
6.  Nasal fracture.
7.  Bilateral rib fracture with pulmonary contusion.
8.  Sternal fracture.
9.  Left open femur fracture.
10. Right tib-fib fracture.
11. PEA en route.
12. Ventilator dependent respiratory failure. *From 2 collapsed lungs re-inflated enroute to E.R.*
13. Protein calorie malnutrition.
14. Acute blood loss anemia.
15. Ventilator associated pneumonia.

DISCHARGE SUMMARY- Page 1 of 4

*1 stroke in E.R. 1 in cor crushed L-5 disk*

*metal plates, pins, screws, rods in both legs and above knee in left leg and across right ankle — wasnt ever supposed to come out of coma and life support. But did, Then I was never supposed to walk again butcm, however lots of pain, disease and mobility problems and limitations.*

| | | | |
|---|---|---|---|
| 11 | 117 - 06 | GAGSP1100 (1/2004) | ACCIDENT REPORT    MCINTOSH    Of  2 |

| Date | Day of Week | Time | Off. Arrived | Total Number Of Vehicles / Injuries / Fatalities | Inside City Of |
|---|---|---|---|---|---|
| 03/20/2006 | Su **M** T W Th F S | 0810 | 0835 | 2 / 2 / 1 | |

| | | | | Corrected Report |
|---|---|---|---|---|
| Road Of Occurrence | I-95 SOUTH (MILE POST 57) | At Its Intersection With | | Yes ☐ |
| | 1 ☑ Interstate  2 ☐ Lowest St. Rt.  3 ☐ Co Road  4 ☐ City St. | | 1 ☐ Interstate  2 ☐ Lowest St. Rt.  3 ☐ Co Road  4 ☐ City St. | |
| Not At Its Intersection But | 1 | ☑ Miles 1 ☐ North 3 ☐ East Of | GA 57 | Suppl. To Original |
| | | ☐ Feet 2 ☑ South 4 ☐ West | 1 ☐ Interstate  2 ☑ Lowest St. Rt.  3 ☐ Co Road  4 ☐ City St  5 ☐ Co. Line | Yes ☐ |
| And Continuing in the Direction Checked Above The Next Reference Point Is | CHURCHILL ROAD | | | Hit and Run? |
| | 1 ☐ Interstate  2 ☐ Lowest St. Rt.  3 ☑ Co Road  4 ☐ City St  5 ☐ Co. Line | | | Yes ☐ |

| Driver # | Last Name | First | Middle | Driver # | Last Name | First | Middle |
|---|---|---|---|---|---|---|---|
| 1 | HARMON, WADE | | | 2 | MANERY, MARK A | | |
| Ped. ☐ | Address  10 PLANTERS ROAD | | | Ped. ☐ | Address  1994 ABBOTT ROAD | | |

| City | State | Zip | DOB | City | State | Zip | DOB |
|---|---|---|---|---|---|---|---|
| HILTON HEAD, SC 29928 | | | /1988 | KEMPTVILLE RR5, ON K0G1J0 | | | /1980 |

| Driver's License No. | Class | State | ☑ Male ☐ Female | Driver's License No. | Class | State | ☑ Male ☐ Female |
|---|---|---|---|---|---|---|---|
| ~~(redacted)~~ | D | SC | | ~~(redacted)~~ | A | ON | |

| Posted Speed | Insurance Co. | Policy No. | Posted Speed | Insurance Co. | Policy No. |
|---|---|---|---|---|---|
| 70 | Nationwide | ~~(redacted)~~ | 70 | KINGSWAY | 990279 |

| Year | Make | Model | Telephone No. | Year | Make | Model | Telephone No. |
|---|---|---|---|---|---|---|---|
| 1997 | Dodge | DAKOTA | | 2003 | Freightliner | Columbia | ~~(redacted)~~ |

| VIN | Vehicle Color | VIN | Vehicle Color |
|---|---|---|---|
| 1B7GL23XLVS186766 | GREEN | 1FUJA6CG03LK78857 | BLUE |

| Tag # | State | County | Year | Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|
| 201ASR | SC | | 07 | PN1260 | ON | | 2006 |

| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|
| | | | | B4707L | ON | | 2006 |

| ☐ Same as Driver | Owner's Last Name | First | Middle | ☐ Same as Driver | Owner's Last Name | First | Middle |
|---|---|---|---|---|---|---|---|
| | HOOK, JOHN | | | | TRAVELERS TRANSPORTATION | | |

| Address | Address |
|---|---|
| ~~(redacted)~~ | 735 GILLARD STREET |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| ~~(redacted)~~ | | 9763 | WALLACEBURG, ON N8A5G7 | | |

| Removed By | ☐ Request ☑ List | Removed By | ☐ Request ☑ List |
|---|---|---|---|
| Auto Wagon    912-437-8489 | | Blount's Wrecker  912-884-9320 | |

| Alcohol Test | Type | Results | Drug Test | Type | Results | Alcohol Test | Type | Results | Drug Test | Type | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | 2 | | | 2 | | | 2 | | |

| Driver Condition | Direction of Travel | Vision Obscured | Contributing Factors | Driver Condition | Direction of Travel | Vision Obscured | Contributing Factors |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 10 | 1 | 2 | 1 | 1 |

| Vehicle Condition | Vehicle Maneuver | Pedestrian Maneuver | | Vehicle Condition | Vehicle Maneuver | Pedestrian Maneuver | |
|---|---|---|---|---|---|---|---|
| 1 | 5 | | | 1 | 5 | | |

| Most Harmful Event | Vehicle Class | Vehicle Type | Most Harmful Event | Vehicle Class | Vehicle Type |
|---|---|---|---|---|---|
| 11 | 1 | 2 | 11 | 7 | 4 |

| Traffic Control | Device Inoperative? | Traffic Control | Device Inoperative? |
|---|---|---|---|
| 7 | ☐ Yes ☑ No | 7 | ☐ Yes ☑ No |

| Injured Taken To | By |
|---|---|
| Memorial Health Univ Med Cent | Lifestar |

| EMS Notified Time | EMS Arrival Time | Hospital Arrival Time | Photos Taken | By | |
|---|---|---|---|---|---|
| 0817 | 0824 | 0904 | ☑ Yes ☐ No | | T-730 |

| Report By | Department | Report Date | Checked By | Date Checked |
|---|---|---|---|---|
| TFC R.F. Barry #730 | GSP Hinesville | 03/20/2006 | (signature) | 3/21/06 |

| Witness(es) Name | Address | City | Zip Code | Telephone No. |
|---|---|---|---|---|
| Facter, Glenn 406 Kosoak Rd  Middle River, Md 21220 | | | | ~~(redacted)~~ |
| Tanner, Aubrey Ray 136 Harvey Rd Brunswick, Ga 31525 | | | | |

DMVS MICROFILM NUMBER (DO NOT WRITE IN THIS SPACE)

| Carrier Name | Carrier Name |
|---|---|
| Vehicle # | Vehicle #  2  Travelers Transportation |
| Address | Address  735 Gillard Street |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| | | | Wallaceburg, ON N8A5G7 | | |

| Number Of Axles | G.V.W.R. | Fed. Reportable | Cargo Body Type | Number Of Axles | G.V.W.R. | Fed. Reportable | Cargo Body Type |
|---|---|---|---|---|---|---|---|
| | | ☐ Yes ☐ No | | 6 | 80000 | ☑ Yes ☐ No | 1 |

| Vehicle Config. | I.C.C.MC. # | U.S. D.O.T. # | Interstate / Intrastate | Vehicle Config. | I.C.C.MC. # | U.S. D.O.T. # | Interstate / Intrastate |
|---|---|---|---|---|---|---|---|
| | | | | 6 | 201596 | 325925 | ☑ Interstate / Intrastate |

| C.D.L.? 1☐Yes 2☐No | C.D.L. Suspended? 1☐Yes 2☐No | C.D.L.? 1☑Yes 2☐No | C.D.L. Suspended? 1☐Yes 2☑No |
|---|---|---|---|
| | Hazardous Materials? 1☐Yes 2☐No | | Hazardous Materials? 1☐Yes 2☑No |
| Vehicle Placarded? 1☐Yes 2☐No | Released? 1☐Yes 2☐No | Vehicle Placarded? 1☐Yes 2☑No | Released? 1☐Yes 2☑No |

If Yes, Name or 4 Digit Number From Diamond or Box
1 Digit Number From Bottom of Diamond

| ___ Ran Off Road | ___ Down Hill | ___ Cargo Loss Or Shift | ___ Separation Of Units | X Ran Off Road | ___ Down Hill | ___ Cargo Loss Or Shift | ___ Separation Of Units |
|---|---|---|---|---|---|---|---|

*Accident occured at 8:10 A.M., EMS notified at 8:17, arrived at 8:24 - that's 14 minutes records show 2 collapsed lungs and no heartbeat. Airlifted to and arrived at hospital at 9:04. Med. records show lungs reinflat airborne and heart restarted right before touchdown on pad at hospital, then P.E.A. (cardiac arrest) then heart restarted again prior to E.R. - 54 minutes total no heartbeat and no oxygen.

Case 9:17-cv-10101-SDM-TBM   Document 1   Filed 05/10/17   Page 19 of 21

V-1 WAS TRAVELING NORTH ON I-95. DRIVER OF V-1 LOST CONTROL AND RAN OFF OF THE WEST SHOULDER OF THE ROADWAY. V-1 CROSSED THE CENTER MEDIAN AND TRAVELED INTO THE SOUTHBOUND LANE OF I-95. V-2 WAS TRAVELING SOUTH ON I-95 IN THE RIGHT(WEST) LANE. V-1 STRUCK V-2 IN V-2'S REAR TRAILER WHEELS. AFTER IMPACT V-1 ROTATED COUNTERCLOCKWISE AND TRAVELED 52 FEET TO FINAL REST. AFTER IMPACT V-2 OVERTURNED AND TRAVELED 347 FEET TO FINAL REST ON THE WEST SHOULDER OF I-95 SOUTH.

INDICATE ON THIS DIAGRAM WHAT HAPPENED          Reported By:   TFC R.F. Barry #730

FINAL REST V-2

I-95 SOUTH

N

NOT TO SCALE

P.O.I.

FINAL REST

P.O.I.

| Accident Investigation Site ? | | |
|---|---|---|
| ☐ Yes    ☑ No | Citations - Vehicle # _1_ | Citations - Vehicle # _2_ |
| Site Number _____ | NONE | NONE |

| First Harmful Event | Traffic-Way Flow | Weather | Surface Cond. | Light Condition | Manner Of Collision | Location At Are Of Impact | Road Comp. | Road Defects | Road Character | Construction Maint. Zone |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 0 |

| | VEH # 1 | VEH # 2 | | | | |
|---|---|---|---|---|---|---|
| Number of Occupants | 2 | 1 | SKID DISTANCE 0 | AFTER 0 | Width Of Road |
| Point Of Iinitial Contact | 12 | 8 | BEFORE IMPACT  VEH # 1   0 | VEH # 1   0 | 24 |
| Damage To Vehicles | 4 | 4 | VEH # 2 | VEH # 2 | |

| Damage Other Than Vehicle NONE | Owner | AGE | SEX | VEH NO | POS | INJURY | TAKEN FOR TREAT | EJEC | SAFETY EQUIP | EXTRIC | AIR BAG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants | Driver # 1   Or Pedestrian # | 18 | | | | 1 | 2 | 1 | 3 | 1 | 1 |
| | Driver # 2   Or Pedestrian # | 25 | | | | 4 | 2 | 1 | 3 | 2 | 0 |

| Last Name      First      Address      City      State   Zip | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOOK, THOMAS MANNING 99_____ _____ _____ 29763 | | 39 | M | 1 | 3 | 2 | 1 | 1 | 0 | 2 | 1 |

**POLK COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF DETENTION/INMATE ACCOUNTS**  5
Inmate Request/Grievance Form

Name: _Thomas M Hook_    Booking #: _____    Loc.: _SMED_  Date: _____

_____ Administration          _____ Counselor          _____ Inmate Property
_____ Barber                  _____ Food Service        _____ Notary Public
_XXX_ Classification             _____ Grievance           _____ Public Defender
_____ Commissary              _____ Inmate Accounts

~~RETURN TO INMATE~~

Use only this form for your request or grievance. Write on both sides if it is necessary. **No other means of request will be accepted.** _**Your booking number must be on your request/grievance.**_

I have been i... legally Disabled under the A.D.A. by the military and the State of S.C. since a severe accident in March of 06. I'm entitled by law and the A.D.A. for full work ....

**SIGNATURE REQUIRED**                                                   _Thomas Hook_
                                        ~ over ~     **Inmate Signature**

Do NOT request free materials with this form. Requests for free materials will be accepted **O N L Y** through the commissary orders.

This jail DoNoT Award it.

If you are requesting to speak to an investigator, use this form to request an Inmate Interview Request Form (PCSO Form 849).

PCSO FORM 723 (REV 05/08/12)

# AFFIDAVIT

I, _Thomas M. Hook_ , being sworn, depose and state:

On 28 June, 2013 in Court before Judge W. Sites, I was given a copy of Polk County Directive (D.O.D.) 9.1 which states that all Inmates are to receive exercise, programs, work opportunity, work credits for working, etcn. But as a medical resident in a medical unit for over a year in Polk County, I and several Inmates have been told by staff and Administration that medical Inmates cant work and will receive no A.D.A. awarded work credits despite injuries or Disability status in violation of law and Policy. Medical Inmates told we cant participate in programs available to all other Inmates, and medical Inmates cant participate in outside recreation which is guaranteed by law and policy and the Florida Model Jail standards that mold and regulate all Florida Jails and state that all Inmates are entitled to 3 hours per week of outside recreation. Policy "D.O.D. 9.1" states the rights and availability of programs to All Inmates regardless of gender.

_____
Signature of Affiant

STATE OF FLORIDA )
                 ) SS.
County of POLK   )

SWORN to or AFFIRMED and SUBSCRIBED before me on 08/16/13 by Thomas M. HOOK.
                                                    Date

X _Franklin_
Notary Signature
NOTARY PUBLIC-STATE OF FLORIDA

K. FRANKLIN
MY COMMISSION # EE 172254
EXPIRES: February 22, 2016
Bonded Thru Notary Public Underwriters

[X one only]

_____ Personally know
  X   Produced identification----TYPE Inmate Armband

Page ___ of ___
Document ID N.